Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Unipharma, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **INK 806 S DOUGLAS ROAD, SUITE 300 CORAL GABLES, FL 33134** | | **Trade debt** | | | | **$370,734.00** |
| **AMRP Handels AG Vogessenstrasse 132 Postfach CH4009 Basel Switerland** | | **Trade debt** | | | | **$277,163.10** |
| **Rommelag Mayenner Straise 18-20 Waiblingen 01332-0000 Germany** | | **Trade debt** | | | | **$261,576.65** |
| **FPL General Mail Facility Miami, FL 33188-0001** | | **Utility** | | | | **$49,700.91** |
| **Quinn Emanuel Urquhart & Sullivan, LLP 865 South Figueroa Street Los Angeles, CA 90017-2543** | | **Trade debt** | | | | **$45,260.96** |
| **Aerotek, Inc. 3689 Collection CTR. DR. Chicago, IL 60693** | | **Trade Debt** | | | | **$40,208.65** |
| **Clear Channel Outdoor PO Box 402379 Atlanta, GA 30384-2379** | | **Trade debt** | | | | **$39,003.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Unipharma, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **The Creative Hub LLC 3811 NW 2nd Ave Miami,, FL 33127** | | **Trade debt** | | | | **$38,928.00** |
| **Resources Global Professionals PO BOX 740909 LOS ANGELES, CA 90074-0909** | | **Trade debt** | | | | **$37,002.92** |
| **KHOU-TV P.O. BOX 637386 Cincinnati, OH 45263-7386** | | **Trade debt** | | | | **$22,418.75** |
| **AGC Electric Inc. 2660 West 79th Street Hialeah, FL 33016** | | **Trade debt** | | | | **$22,324.40** |
| **Waters Technologies Corporation Dept. CH 14373 Palatine, IL 60055-4373** | | **Trade debt** | | | | **$21,559.02** |
| **Pedro Gallinar & Associates PA 6701 Sunset Drive Miami, FL 33143** | | **Trade debt** | | | | **$18,400.00** |
| **BR Supply Bay View Funding. P.O. Box 204703 Dallas, TX 75320-4703** | | **Trade debt** | | | | **$18,077.20** |
| **VWR International P.O. BOX 640169 Pittsburgh, PA 15264** | | **Trade debt** | | | | **$16,932.69** |
| **IHEARTMEDIA PO BOX 847572 DALLAS, TX 75284-7572** | | **Trade debt** | | | | **$15,000.00** |
| **ANF Group 2700 Davie Road Davie, FL 33314** | | **Trade debt** | | | | **$15,000.00** |
| **Marko Magolnick Attorneys at Law 3001 SW 3rd Ave Miami, FL 33129** | | **Trade debt** | | | | **$14,799.02** |
| **Lope Alejandro Tapia 9862 NW 52nd TER Doral, FL 33178** | | **Trade debt** | | | | **$14,700.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Unipharma, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Harmony Environmental, Inc. 3362 Cat Brier Trail Harmony,, FL 34773** | | **Utility** | | | | **$14,600.83** |

**Fill in this information to identify the case:**

Debtor name    **Unipharma, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 7, 2020**    X **/s/ Neil F. Luria**
                                               Signature of individual signing on behalf of debtor

                                                 **Neil F. Luria**
                                                 Printed name

                                                 **Chief Restructuring Officer**
                                                 Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy