# United States Bankruptcy Court
## Southern District of Florida

In re   __Unipharma, LLC__                                    Case No. _____
                              Debtor(s)                       Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Unipharma, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**NHTV (AIV) Ulm Holdings LLC**
**c/o MS Capital Partners Adviser Inc.**
**1585 Broadway**
**New York, NY 10036**

**Raimundo Esteban Santamarta**
**Calle Bernadette y Los Laboratorios**
**Torre SM - Los Cortijos de Lourdes**
**Caracas-1070**
**Venezuela**

**Raimundo Jose Santamarta**
**1500 Island Boulevard**
**Aventura, FL 33160**

**Reinaldo Santamarta**
**14601 Jockey Circle North**
**Davie, FL 33330**

☐ None [*Check if applicable*]

**December  7, 2020**                                      **/s/ Paul Steven Singerman**
Date                                                       **Paul Steven Singerman 378860**
                                                           Signature of Attorney or Litigant
                                                           Counsel for   __Unipharma, LLC__
                                                           **Berger Singerman LLP**
                                                           **1450 Brickell Avenue**
                                                           **Suite 1900**
                                                           **Miami, FL 33131**
                                                           **305-755-9500 Fax:305-714-4340**
                                                           **singerman@bergersingerman.com**