# United States Bankruptcy Court
## Southern District of Florida

In re   **Unipharma, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **International Supply Group Corp.**<br>1430 S. Dixie Highway, Ste. 321<br>Coral Gables, FL 33146 | Founder Units | 1,850 | Equity |
| **NHTV (AIV) Ulm Holdings LLC**<br>c/o MS Capital Partners Adviser Inc.<br>1585 Broadway<br>New York, NY 10036 | Investor Units | 60,000 | Equity |
| **Raimundo Esteban Santamarta**<br>Calle Bernadette y Los Laboratorios<br>Torre SM - Los Cortijos de Lourdes<br>Caracas-1070<br>Venezuela | Founder Units | 27,750 | Equity |
| **Raimundo Jose Santamarta**<br>1500 Island Boulevard<br>Aventura, FL 33160 | Founder Units | 99,900 | Equity |
| **Reinaldo Santamarta**<br>14601 Jockey Circle North<br>Davie, FL 33330 | Founder Units | 46,250 | Equity |
| **Yohana Santamarta**<br>20281 East Country Cobb Drive<br>Apt. 1615<br>Aventura, FL 33160 | Founder Units | 9,250 | Equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 7, 2020**

Signature  **/s/ Neil F. Luria**  
**Neil F. Luria**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.