| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Unipharma, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **20-bk-23348-PDR** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,220,315.00** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,239,215.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$539,543.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **Equipment Rental Income** | **$13,200.00** |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **Investment Income** | **$114,651.00** |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Unipharma, LLC | Case number *(if known)* 20-bk-23348-PDR |
|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See SOFA Attachment 2 | | $4,724,932.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Alan Petro**<br>**1761 Northwest 126th Drive**<br>**Coral Springs, FL 33071**<br>**Chief Executive Officer** | 7/26/2929 -<br>11/28/2020 | $98,077.00 | **Gross Salary** |
| 4.2. | **Raimundo E. Santamarta**<br>**Calle Bernadette y Los Laboratorios**<br>**Torre SM - Los Cortijos de Lourdes**<br>**Caracas, Venezuela 1070**<br>**Owner** | 1/6/2020 -<br>12/7/2020 | $14,532.00 | **Health Insurance Premium** |
| 4.3. | **Raimundo E. Santamarta**<br>**Calle Bernadette y Los Laboratorios**<br>**Torre SM - Los Cortijos de Lourdes**<br>**Caracas -1070, Venezuela**<br>**Owner** | 12/31/2019 | $26,982.00 | **Moving Costs** |
| 4.4. | **Raimundo E. Santamarta**<br>**Calle Bernadette y Los Laboratorios**<br>**Torre SM - Los Cortijos de Lourdes**<br>**Caracas - 1070, Venezuela**<br>**Owner** | 1/29/2020 -<br>11/2/2020 | $128,250.00 | **Independent Contractor Fees** |
| 4.5. | **Raimundo E. Santamarta**<br>**Calle Bernadette y Los Laboratorios**<br>**Torre SM - Los Cortijos de Lourdes**<br>**Caracas - 1070, Venezuela**<br>**Owner** | 4/14/2020 | $4,440.00 | **Procuring Mexican Visa** |
| 4.6. | **Raimundo J. Santamarta**<br>**1500 Island Blvd.**<br>**Aventura, FL 33160**<br>**Owner** | 4/21/2020 -<br>7/22/2020 | $3,764.00 | **Health Insurance Premium** |
| 4.7. | **Raimundo J. Santamarta**<br>**1500 Island Blvd.**<br>**Aventura, FL 33160**<br>**Owner** | 12/13/2019 | $24,750.00 | **Key Man Disability Insurance** |

| Debtor | Unipharma, LLC | Case number *(if known)* 20-bk-23348-PDR |
|---|---|---|

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8. Raimundo J. Santamarta<br>1500 Island Blvd.<br>Aventura, FL 33160<br>Owner | 12/7/2019 - 10/17/2020 | $424,615.00 | Gross Salary |
| 4.9. Reinaldo Santamarta<br>1843 Lighthouse Court<br>Weston, FL 33327<br>Owner | 7/28/2020 | $1,095.00 | Umbrella Policy |
| 4.10. Reinaldo Santamarta<br>1843 Lighthouse Court<br>Weston, FL 33327<br>Owner | 12/7/2019 - 10/17/2020 | $301,846.00 | Gross Salary |
| 4.11. Reinaldo Santamarta<br>1843 Lighthouse Court<br>Weston, FL 33327<br>Owner | 12/7/2019 - 12/7/2020 | $1,282.00 | Employer portion - Dental |
| 4.12. Yohanna Santamarta<br>20281 East County Club Drive, Apt. 1615<br>Aventura, FL 33180<br>Owner | 1/21/2020 - 10/21/2020 | $11,658.00 | Health Insurance Premium |
| 4.13. Yohanna Santamarta<br>20291 East Country Club Drive, Apt. 1615<br>Aventura, FL 33180<br>Owner | 12/7/2019 - 10/17/2020 | $89,849.00 | Gross Salary |
| 4.14. IRC Consulting, Inc.<br>Attn: Chuck Sweet<br>1020 Holland Drive, Ste. 114<br>Boca Raton, FL 33487<br>Manager | $12,000 a month since October 18, 2020 | $27,640.00 | |
| 4.15. Muscato & Associates, LLC<br>Attn: Elizabeth Muscato<br>202 Ridgecote Lane<br>Kennett Square, PA 19348<br>Manager | $15,000 a month since October 18, 2020 | $37,050.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Official Form 207         **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**         page **3**

| Debtor | Unipharma, LLC | Case number *(if known)* | 20-bk-23348-PDR |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Evaristo Cardona v. Unipharma, LLC**<br>**CACE-20-019117-12** | Demand for remaining amounts owed under employment contract plus accrued PTO | Broward Circuit Court<br>201 S.E. 6th Street<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Vernon Johnson v. Uniphamara Civil Rights Demand Letter** | Labor discrimination lawsuit | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Debtor | Unipharma, LLC | Case number *(if known)* | 20-bk-23348-PDR |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SOLIC Capital Advisors, LLC**<br>425 W. New England Avenue, Ste. 300<br>Winter Park, FL 32789 | | 10/21/2020, 10/31/2020, 11/4/2020, 11/13/2020, 11/24/2020, 12/1/2020, | $820,028.00 |
| | **Email or website address**<br>www.soliccapital.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Berger Singerman LLP**<br>1450 Brickell Avenue, Ste. 1900<br>Miami, FL 33131 | | 10/21/2020. 10/30/2020, 11/4/2020, 11/13/2020, 11/18/2020, 11/24/2020 and 12/1/2020 | $689,000.00 |
| | **Email or website address**<br>www.bergersingerman.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Deloitte Tax LLP**<br>333 S.E. 2nd Avenue, Ste. 3600<br>Miami, FL 33131 | | 9/25/2020, 11/24/2020 | $33,387.00 |
| | **Email or website address**<br>www.deloitte.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Kurtzman Carson Consultants, Inc.**<br>222 N. Pacific Coast Highway, Ste. 300<br>El Segundo, CA 90245 | | 11/24/2020 | $20,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| Debtor | Unipharma, LLC | Case number *(if known)* | 20-bk-23348-PDR |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | **Joseph Jimenez of Arches Consulting, L.L** <br> **5224 S.W. 159th Avenue** <br> **Miramar, FL 33027** | | **11/24/2020** | **$12,375.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | **Quinn Emanuel Urquhart & Sullivan LLP** <br> **865 South Figueroa Street** <br> **Los Angeles, CA 90117-2543** | | **4/30/2020, 7/24/2020** | **$68,089.00** |
| | Email or website address <br> https://www.quinnemanuel.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.7. | **Akerman LLP** <br> **98 Southeast Seventh Street** <br> **Miami, FL 33131** | | **12/13/2019, 1/23/2020, 2/21/2020, 4/27/2020, 5/22/2020, 8/12/2020 and 8/21/2020** | **$47,941.00** |
| | Email or website address <br> https://www.akerman.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.8. | **Marko Magolnick Attorneys at Law** <br> **3001 S.W. Third Avenue** <br> **Miami, FL 33129** | | **1/23/2020, 4/27/2020, 6/17/2020, 6/29/2020, 7/31/2020, 9/25/2020** | **$104,270.00** |
| | Email or website address <br> https://www.mm-pa.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Debtor | Unipharma, LLC | Case number *(if known)* | 20-bk-23348-PDR |
|---|---|---|---|

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8: Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

### 19. Safe deposit boxes

| Debtor | Unipharma, LLC | Case number (if known) 20-bk-23348-PDR |
|---|---|---|

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Clayton Industries<br>17477 Hurley Street<br>City of Industry, CA 91744 | Lulu Choi | A steam generator/fluid heater (Z) (Model SF106, SN 25940) | ☐ No<br>■ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| OneLink Global Group Corp. OMC Chambers, Wickhams Cay 1 Road Town<br>Tortola, BVI | Unipharma, LLC<br>10200 N.W. 67th Street<br>Tamarac, FL 33321 | Electrolized Oxidizng Water Generator<br>Unipharma ID: PR-05-021<br>Model: ELA-2000 | $10,810.93 |
| **Owner's name and address** | **Location of the property** | **Describe the property** | **Value** |
| SALVAT USA, Inc.<br>1200 Brickell Avenue, Ste. 1950<br>Miami, FL 33131 | Unipharma, LLC<br>10200 N.W. 67th Street<br>Tamarac, FL 33321 | BFS Rommelag 321 M Machine | $0.00 |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

| Debtor | Unipharma, LLC | Case number (if known) | 20-bk-23348-PDR |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Pedro M. Gallinar - Independent Contract**<br>**6701 Sunrise Drive, Ste. 100**<br>**Miami, FL 33143** | **Prior to FY18 to 10/19/2020** |
| 26a.2. | **Francisco Aparicio**<br>**3330 N.E. 190th Street, Apt. 610**<br>**Aventura, FL 33180** | **10/01/2018 to 10/19/2020** |
| 26a.3. | **Jatnna Marrero**<br>**8245 N.W. 199th Terrace**<br>**Miami Lakes, FL 33015** | **8/16/2015 to 5/11/2020** |
| 26a.4. | **Lucy Chua**<br>**1305 St. Tropez Cir., Apt. 2015**<br>**Fort Lauderdale, FL 33326** | **1/29/2019 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Deloitte & Touche LLP**<br>**333 Southeast 2nd Avenue, Ste. 3600**<br>**Miami, FL 33131** | **1/1/2019 to 5/30/2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | Unipharma, LLC | Case number (if known) | 20-bk-23348-PDR |
|---|---|---|---|

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **SOLIC Capital Advisors, LLC**<br>25 W. New England Avenue, Ste. 300<br>Winter Park, FL 32789 | |
| 26c.2. | **Berger Singerman LLP**<br>1450 Brickell Avenue, Ste. 1900<br>Miami, FL 33131 | |
| 26c.3. | **Pedro M. Gallinar & Associates, P.A.**<br>6701 Sunset Avenue, Ste. 100<br>Miami, FL 33143 | **Former independent contractor from prior to fiscal year 2018 through 10/19/2020** |
| 26c.4. | **Deloitte & Touche LLP**<br>333 Southeast 2nd Avenue, Ste. 3600<br>Miami, FL 33131 | |
| 26c.5. | **Francisco Aparicio**<br>3330 N.E. 190th Street, Apt. 610<br>Aventura, FL 33180 | **Former financial controller from 10/1/2018 to 10/19/2020** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Morgan Stanley**<br>1111 Brickell Avenue, 14th Floor<br>Miami, FL 33131 |
| 26d.2. | **JP Morgan Chase Bank, N.A.**<br>13450 W. Sunrise Blvd., Ste. 250<br>Fort Lauderdale, FL 33323 |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Ahmet Karakuza, Cost Analyst** | **12/8/2020** | **Note: Cycle counts are performed every other week, applying a random sample of 20 items. The basis of each inventory value is based on cost.** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Ahmet Karakuza, Cost Analyst**<br>10013 Winding Lake Road, Apt. 208<br>Sunrise, FL 33351 | | |

| Debtor | Unipharma, LLC | Case number *(if known)* 20-bk-23348-PDR |
|---|---|---|

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Ahmet Karakuza, Cost Analyst | 11/18/2020 | Note: Cycle counts are performed every other week, applying a random sample of 20 items. The basis of each inventory value is based on cost. |

**Name and address of the person who has possession of inventory records**

Ahmet Karakuza, Cost Analyst
10013 Winding Lake Road, Apt. 208
Sunrise, FL 33351

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alan Petro | 1761 Northwest 126th Drive<br>Coral Springs, FL 33071 | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Muscato & Associates | Attn: Elizabeth Muscato<br>202 Ridgecote Lane<br>Kennett Square, PA 19348 | Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| IRC Consulting, Inc. | Attn: Charles Sweet, Manager<br>1020 Holland Drive, Ste. 114<br>Boca Raton, FL 33487 | Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Neil F. Luria | SOLIC Capital Advisors, Inc.<br>25 W. New England Ave., Ste. 300<br>Winter Park, FL 32789 | Chief Restructuring Officer, appointed November 10, 2020 | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| S. Waite Popejoy | SOLIC Capital Advisors, Inc.<br>25 W. New England Ave., Ste. 300<br>Winter Park, FL 32789 | Chief Financial Officer, appointed on November 10, 2020 | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregory Hagood | SOLIC Capital Advisors, LLC<br>25 W. New England Ave., Ste. 300<br>Winter Park, FL 32789 | Executive Vice President of Strategy, appointed on November 10, 2020 | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Annas | SOLIC Capital Advisors, LLC<br>25 W. New England AVe., Ste. 300<br>Winter Park, FL 32789 | Executive Vice President of Operations, appointed on November 10, 2020 | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Caine | SOLIC Capital Advisors, LLC<br>25 W. New England Ave., Ste. 300<br>Winter Park, FL 32789 | Vice President of Strategy, appointed on November 10, 2020 | |

| Debtor | Unipharma, LLC | Case number (if known) | 20-bk-23348-PDR |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mary Dressler | SOLIC Capital Advisors, LLC<br>25 W. New England Ave., Ste. 300<br>Winter Park, FL 32789 | Director of Strategy, appointed on November 10, 2020 | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Raimundo Santamarta | 1500 Island Blvd.,<br>Aventura, FL 33160 | Chief Executive Officer | 10/1/2018 to 10/19/2020 |
| Reinaldo Santamarta | 14601 Jockey Circle North<br>Davie, FL 33330 | Vice President | 7/15/2014 to 10/19/2020 |
| Yohana Santamarta | 20281 E. Country Club Dr., Apt. 1615<br>Aventura, FL 33180 | Sales & Marketing Assistant | 10/1/2018 to 10/19/2020 |
| Reimundo E. Santamarta | Calle F, Edf. Cima Hill, 1B<br>Colinas de Valle Arriba<br>Caracas, Venezuela | Independent Contractor | 10/1/2018 to 10/19/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Alan Petro<br>1761 Northwest 126th Drive<br>Coral Springs, FL 33071 | $98,077.00 | 7/26/2020 - 11/28//2020 | Gross Salary |
| | **Relationship to debtor**<br>Chief Executive Officer | | | |

Debtor **Unipharma, LLC**     Case number *(if known)* **20-bk-23348-PDR**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Raimundo E. Santamarta**<br>**Calle Bernadette y Los Laboratorios**<br>**Torre SM - Los Cortijos de Lourdes**<br>**Caracas, Venezuela** | $14,532.00 | 1/6/2020 - 12/7/2020 | Health Insurance Premium |
| | **Relationship to debtor**<br>Owner | | | |
| 30.3. | **Raimundo E. Santamarta**<br>**Calle Bernadette y Los Laboratorios**<br>**Torre SM - Los Cortijos de Lourdes**<br>**Caracas, Venezuela** | $26,982.00 | 12/31/2019 | Moving Costs |
| | **Relationship to debtor**<br>Owner | | | |
| 30.4. | **Raimundo E. Santamarta**<br>**Calle Bernadette y Los Laboratorios**<br>**Torre SM - Los Cortijos de Lourdes**<br>**Caracas, Venezuela** | $128,250.00 | 1/29/2020 - 11/2/2020 | Independent Contractor Fees |
| | **Relationship to debtor**<br>Owner | | | |
| 30.5. | **Raimundo E. Santamarta**<br>**Calle Bernadette y Los Laboratorios**<br>**Torre SM - Los Cortijos de Lourdes**<br>**Caracas, Venezuela** | $4,449 | 4/14/2020 | Procuring Mexican Visa |
| | **Relationship to debtor**<br>Owner | | | |
| 30.6. | **Raimundo J. Santamarta**<br>**1500 Island Blvd.**<br>**Aventura, FL 33160** | $3,764.00 | 4/21/2020 - 7/22/2020 | Health Insurance Premium |
| | **Relationship to debtor**<br>Owner | | | |
| 30.7. | **Raimundo J. Santamarta**<br>**1500 Island Blvd.**<br>**Aventura, FL 33160** | $24,750 | 12/13/2019 | Key Man Disability Insurance |
| | **Relationship to debtor**<br>Owner | | | |

Debtor **Unipharma, LLC**     Case number *(if known)* **20-bk-23348-PDR**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **Raimundo J. Santamarta**<br>1500 Island Blvd.<br>Aventura, FL 33160 | $424,615.00 | 12/7/2019 - 10/17/2020 | **Gross Salary** |
| | **Relationship to debtor**<br>Owner | | | |
| 30.9. | **Reinaldo Santamarta**<br>1843 Lighthouse Court<br>Fort Lauderdale, FL 33327 | $1,095.00 | 7/28/2020 | **Umbrella Policy** |
| | **Relationship to debtor**<br>Owner | | | |
| 30.10. | **Reinaldo Santamarta**<br>1843 Lighthouse Court<br>Weston, FL 33327 | $301,846.00 | 12/7/2019 - 10/17/2020 | **Gross Salary** |
| | **Relationship to debtor**<br>Owner | | | |
| 30.11. | **Reinaldo Santamarta**<br>1843 Lighthouse Court<br>Weston, FL 33327 | $1,282.00 | 12/7/2019 - 12/7/2020 | **Employee Portion - Dental** |
| | **Relationship to debtor**<br>Owner | | | |
| 30.12. | **Yohanna Santamarta**<br>20281 East County Club Drive, Apt. 1615<br>Aventura, FL 33180 | $11,658.00 | 1/21/2020 - 10/21/2020 | **Health Insurance Premium** |
| | **Relationship to debtor**<br>Owner | | | |
| 30.13. | **Yohanna Santamarta**<br>20281 East County Club Drive, Apt. 1615<br>Aventura, FL 33318 | $89,849.00 | 12/7/2019 - 10/17/2020 | **Gross Salary** |
| | **Relationship to debtor**<br>Owner | | | |
| 30.14. | **IRC Consulting, Inc.**<br>Attn: Charles Sweet<br>1020 Holland Drive, Ste. 114<br>Boca Raton, FL 33487 | $27,640.00 | $12,000 per month since October 18, 2020 | |
| | **Relationship to debtor**<br>Manager | | | |

Debtor **Unipharma, LLC**      Case number *(if known)* **20-bk-23348-PDR**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 5. | **Muscato & Associates, LLC Attn: Elizabeth Muscato 202 Ridgecote Lane Kennett Square, PA 19348** | **$37,050.00** | **$15,000 per month since October 18, 2020** | |
| | **Relationship to debtor** **Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 22, 2020**

**/s/ Neil F. Luria**      **Neil F. Luria**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## **SOFA ATTACHMENT 2**

| Vendor | Number of Disbursements | Address1 | Address2 | Address3 | City | State | Zip | Total Disbursements | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| ADP, LLC | 3 | PO Box 842875 | 0 | 0 | Boston | MA | 02284-2875 | $7,782 | Payroll Expenses |
| Aerotek, Inc. | 1 | 3689 Collection CTR. DR. | 0 | 0 | Chicago | IL | 60693-0000 | $22,525 | Professional Fees |
| AGC Electric Inc. | 1 | 2660 West 79th Street | 0 | 0 | Hialeah | FL | 33016-0000 | $21,271 | FA- Equipment for Producing Hand Sanitizer, Room 1308 |
| Alan Petro | 3 | 1761 Northwest 126th Drive | 0 | 0 | Coral Springs | FL | 33071 | $9,500 | BSO security, security equipment and T&E |
| AmTrust North America | 1 | PO BOX 6939 | 0 | 0 | Cleveland | OH | 44101-1939 | $9,880 | Business Insurance premium |
| ANF Group | 2 | 2700 Davie Road | 0 | 0 | Davie | FL | 33314-0000 | $22,500 | Construction Management |
| AquaQuote | 1 | 991 Lomas Santa Fe Dr. | Suite C426 | 0 | Solana Beach | CA | 92075 | $10,847 | Repairs & maintenance - Equipment |
| Ashland Specialty Ingredients G.P | 1 | P.O. Box 116022 | 0 | 0 | Atlanta | GA | 30368-0000 | $29,223 | Raw Material |
| B&O Constructors, Inc. | 3 | 624 Woodgate Circle | 0 | 0 | Sunrise | FL | 33326 | $31,260 | Providone System |
| Berger Singerman LLP | 8 | 350 E. Las Olas Blvd. | Suite 1000 | 0 | Fort Lauderdale | FL | 33301 | $689,000 | Restructuring Cost |
| BR Supply | 5 | Bay View Funding, P.O. Box 204703 | 0 | 0 | Dallas | TX | 75320-4703 | $32,491 | Repairs & maintenance - Equipment |
| CarterBaldwin, Inc | 1 | 200 Mansell Court East, Suite 450 | 0 | 0 | Roswell | GA | 30076-0000 | $40,321 | Professional Fees |
| Cintas | 10 | 5050 Kingsley Drive. Lockbox 631025 | 0 | 0 | Cincinnati | OH | 45263-0000 | $38,575 | Repairs & Maintenance - Building |
| City of Sunrise | 3 | 10770 West Oakland Park BLVD | 0 | 0 | Sunrise | FL | 33351-0000 | $22,783 | Gas |
| City of Tamarac | 5 | 7525 NW 88TH AVE | 0 | 0 | Tamarac | FL | 33321-0000 | $20,836 | Water |
| Comp-Air Service Co | 3 | 13195 NW 38th Ave | 0 | 0 | Miami | FL | 33054-0000 | $52,733 | Repairs & maintenance - Equipment |
| Consolidated Label | 3 | 2001 E.Lake Mary Blvd | 0 | 0 | Sanford | FL | 32773-0000 | $16,429 | Spare parts |
| Deloitte Tax LLP | 2 | PO BOX 844736 | 0 | 0 | Dallas | TX | 75284-4736 | $33,387 | Tax Audit |
| EB-Heise | 3 | Mar del Norte No79, Col. San Alvaro | 0 | Mexico D.F., Mexico C.P. 02090 | Mex | 0 | 0 | $70,890 | Repairs & maintenance - Equipment |
| Ecolab Inc. | 3 | P.O. BOX 32027 | 0 | 0 | New York | NY | 10087-0000 | $24,238 | Production Supplies |
| Edwin R. Suarez | 3 | 8340 Blue Cypress Drive | 0 | 0 | Lake Worth | FL | 33467 | $18,749 | Pentafill & Sealing Machine maintenance |
| EMD Millipore Corporation | 4 | 25760 Network Place | 0 | 0 | Chicago | IL | 60673-1257 | $49,095 | Lab Expenses |
| Empire Roofing | 1 | 4615 NW 103rd Avenue | 0 | 0 | Sunrise | FL | 33351-0000 | $9,500 | Repairs & Maintenance - Building |
| Factronics USA | 2 | 11047 NW 122nd St | 0 | 0 | Medley | FL | 33178-0000 | $11,333 | Raw Material |
| FPL | 6 | General Mail Facility | 0 | 0 | Miami | FL | 33188-0001 | $158,400 | Electricity |
| Harmony Environmental, Inc. | 3 | 3362 Cat Brier Trail | 0 | 0 | Harmony, | FL | 34773-0000 | $26,204 | Waste Disposal |
| IKA Works | 1 | 2635 Northchase Pkwy SE | 0 | 0 | Wilmington | NC | 28405-0000 | $12,038 | Spare parts |
| Inox Stainless Specialist | 2 | 5809 SW 21 street | 0 | 0 | West Park | FL | 33023-0000 | $41,783 | FA- Pure Steam System Modifications; Providone System; CIP Mobile |
| IP CONN LIMITED PARTNERSHIP | 4 | LEVEL 3, 280 PARNELL ROAD | 0 | AUCKLAND 01052-0000 | NZ | 0 | 0 | $22,778 | Intagible Asset-Trademarks |
| IRC Consulting, Inc | 1 | 856 Havana Dr | 0 | 0 | Boca Raton | FL | 33487-4121 | $17,640 | Director's Remuneration |
| Joseph Jimenez of Arches Consulting, LLC | 1 | 5224 SW 159th Ave | 0 | 0 | Miramar | FL | 33027 | $12,375 | Restructuring Cost |
| Kurtzman Carson Consultants, Inc | 1 | 222 N. Pacific Coast Highway | Suite 300 | 0 | El Segundo | CA | 90245 | $20,000 | Restructuring Cost |
| LF of America Corp | 4 | 7700 Congress Ave | 0 | 0 | Boca Raton | FL | 33487-0000 | $61,982 | Raw Material |
| Lockton Companies LLC | 2 | 444 W 47th Street Suite 900 | 0 | 0 | Kansas City | MT | 64112-0000 | $206,408 | Business Insurance premium |
| Marko Magolnick Attorneys at Law | 1 | 3001 SW 3rd Ave | 0 | 0 | Miami | FL | 33129-0000 | $7,189 | Professional Fees |
| McMaster-Carr | 2 | 1901 Riverside Parkway | 0 | 0 | Douglasville | GA | 30135-0000 | $7,780 | Spare parts |
| Metrohm USA | 2 | P.O. Box 405562 | 0 | 0 | Atlanta, | GA | 30384-0000 | $19,622 | FA- Triando with Tiamo Light |
| Mettler Toledo LLC | 6 | PO BOX 730867 | 0 | 0 | DALLAS | TX | 75373-0867 | $13,019 | Reparis & Maintenance-Calibration |
| Miami Insurance Brokers | 9 | 18851 NE 29TH Ave, Suite 500 | 0 | 0 | Aventura | FL | 33180-0000 | $451,462 | Business Insurance premium |
| Microconsult,. Inc | 3 | 3218 Commander Dr. Suite 100 | 0 | 0 | Carrollton | TX | 75006-0000 | $23,625 | Lab test |
| Muscato & Associates | 3 | 202. Ridgecote Lane | 0 | 0 | Kennett Square | PA | 19348-0000 | $38,052 | Director's Remuneration |
| Naturex, Inc | 1 | 375 Huyler Street | 0 | 0 | South Hackensack | NJ | 07606-0000 | $29,517 | Raw Material |
| Nexeo Plastics, LLC | 1 | 62190 Collections Center Drive | 0 | 0 | Chicago | IL | 60693-0000 | $48,508 | Raw Material |
| NHTV ULM Holdings LLC | 1 | Attn: Frederik Wijsenbeek c/o MS Capital Partners Adviser Inc. | 1585 Broadway | 0 | New York | NY | 10036-0000 | $498,566 | Secured Debt |
| P&M Sheet Metal Corp. | 5 | 134 NW 109th Ave Apt 304 | 0 | 0 | Pembroke Pines | FL | 33026-0000 | $23,097 | FA - Install Exhaust System for Reactor |
| Paladin Management Group LLC | 2 | 633 West Fifth Street 28th Floor | 0 | 0 | Los Angeles | CA | 90071-0000 | $83,701 | Restructuring Cost |
| Pall Corporation | 2 | 25 Harbor Park Drive | 0 | 0 | Port Washington | NY | 11050-0000 | $7,199 | Production Supplies |
| Pedro Gallinar & Associates PA | 1 | 6701 Sunset Drive | 0 | 0 | Miami | FL | 33143-0000 | $14,400 | Professional Fees |
| Raimundo E. Santamarta | 3 | 1500 Island Boulevard | 0 |  | Aventura | FL | 33160 | $20,250 | Professional Fees |
| Ready Networks, LLC | 1 | 1603 Orrington Ave Suite 1740 | 0 | 0 | Evanston | IL | 60201-0000 | $81,395 | Cyber security - licenses & monitoring |
| Rommelag | 2 | Mayenner Straise 18-20 | 0 | Waiblingen 01332-0000 | Germany | 0 | 0 | $43,742 | Repairs & maintenance - Equipment |
| Salvatori Scott, Inc | 2 | 8105 Rasor Boulevard Suite 141 | 0 | 0 | New Bedford | ME | 02740-0000 | $29,664 | Sales Commission |
| SOLIC Capital Advisors | 6 | 425 W England Suite 300 | 0 | 0 | Winter Park | FL | 32789-0000 | $820,028 | Restructuring Cost |
| Spectrum Packaging Corp | 3 | 3640 Princeton Oaks Street | 0 | 0 | Orlando | FL | 32808-0000 | $117,014 | Inner Cartons- Primary Boxes |
| SSA & Company | 1 | 685 Third Avenue 22nd Floor | 0 | 0 | New York | NY | 10017-0000 | $7,268 | Professional Fees |
| Star Led | 1 | 3233 SW 2nd Avenue #200 | 0 | 0 | Fort Lauderdale, | FL | 33315-0000 | $14,170 | Photosensitive lights for Production |

| Creditor | # | Address | | City | State | Zip | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| Tamarac10200 LLC | 1 | 10200 NW 67th St. | 0 | Tamarac | FL | 33321 | $135,553 | Rent |
| Traeger Brothers | 1 | 12405 SW 130 ST | 0 | Miami | FL | 33186-0000 | $17,844 | Repairs & maintenance - Equipment |
| Trafa Pharmaceutical Supplies, LLC | 1 | 140 Padgette Street Unit D | 0 | Chicopee | MA | 01022-0000 | $76,250 | Raw Material |
| Trescal, Inc. | 4 | 2606 Solution Center | 0 | Chicago | IL | 60677-0000 | $15,338 | Reparis & Maintenance-Calibration |
| UniFirst | 4 | P.O. BOX 650481 | 0 | DALLAS | TX | 75265-0000 | $14,007 | Uniforms |
| United Healthcare | 2 | PO BOX 94017 | 0 | Palatine | IL | 60094-4017 | $83,556 | Health Insurance premium |
| UPS Package | 7 | P.O.BOX 7247-0244 | 0 | Philadelphia | PA | 19170-0001 | $9,323 | Freight (Shipping) |
| VWR International | 3 | P.O. BOX 640169 | 0 | Pittsburgh | PA | 15264-0000 | $76,731 | Shop supplies & lab expenses |
| Yorkshire Building Services | 3 | 3740 Park Central Blvd. N. | 0 | Pompano Beach | FL | 33064-0000 | $10,304 | Cleaning Services |